

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

No. 04-14-00875-CV

**IN THE MATTER OF S.O.W**.,

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 1994-JUV-2115
Honorable Paul Andrew Mireles, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court